| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Precision Glass & Metal Works Co., Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>11-3197279 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>55-05 Flushing Avenue<br>Maspeth, NY<br>ZIP Code 11378 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Queens | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Precision Glass & Metal Works Co., Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)             (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>     _____<br>     (Name of landlord that obtained judgment)<br><br><br><br>     _____<br>     (Address of landlord)<br><br>☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Precision Glass & Metal Works Co., Inc.

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X  /s/ Robert L. Rattet
_____
Signature of Attorney for Debtor(s)

 Robert L. Rattet 2947
_____
Printed Name of Attorney for Debtor(s)

 Rattet Pasternak, LLP
_____
Firm Name
 550 Mamaroneck Avenue
 Suite 510
 Harrison, NY 10528
_____
Address

 (914) 381-7400  Fax: (914) 381-7406
_____
Telephone Number
 July 28, 2011
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Raymond Gregorczyk
_____
Signature of Authorized Individual
 Raymond Gregorczyk
_____
Printed Name of Authorized Individual
 President
_____
Title of Authorized Individual
 July 28, 2011
_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of New York

In re     Precision Glass & Metal Works Co., Inc.          ,      Case No. _____

                                      Debtor

                                                     Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Raymond Gregorczyk<br>55-05 Flushing Avenue<br>Maspeth, NY 11378 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ July 28, 2011 _____      Signature _/s/ Raymond Gregorczyk_____

                                                         Raymond Gregorczyk<br>                                                         President

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of New York

In re    Precision Glass & Metal Works Co., Inc.              Case No. _____

                                        Debtor(s)             Chapter    11

# VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    July 28, 2011                   /s/ Raymond Gregorczyk
                                          Raymond Gregorczyk/President
                                          Signer/Title

Date:    July 28, 2011                   /s/ Robert L. Rattet
                                          Signature of Attorney
                                          Robert L. Rattet
                                          Rattet Pasternak, LLP
                                           550 Mamaroneck Avenue
                                           Suite 510
                                           Harrison, NY 10528
                                           (914) 381-7400    Fax: (914) 381-7406

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                  Best Case Bankruptcy

58-67 54th Street, L.L.C. Corp
69-37 50th Avenue
Woodside, NY 11377


Able Equipment
21 Dixon Avenue
Copiague, NY 11726


Acculift Sales, Inc.
P.O. Box 540899
Flushing, NY 11354-0899


Ace Fire Door Corp.
4000 Park Avenue
Bronx, NY 10457


Advanced Reprographic Solution
20 Heritage Place South
Nesconset, NY 11767


AFCO Credit Corp.
5600 North River Rd, Ste 400
Columbia Centre 1
Des Plaines, IL 60018


All Fasteners USA, LLC
69 Orchard Street
Ramsey, NJ 07446


All Metal Specialties
300 Livingston Avenue
Jamestown, NY 14701-2665


Amada America, Inc.
P.O. Box 530603
Atlanta, GA 30353-0603


Ameriflex
302 Fellowship Road, Suite 100
Mount Laurel, NJ 08054


Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
42nd Floor
New York, NY 10020

Aramark Refreshment Services
229 Robbins Lane
Syosset, NY 11791


Architectural Design Service
1600 East Drive
Merrick, NY 11566


AT&T
P.O. BOX 105068
Atlanta, GA 30348


AT&T
P.O. Box 105068
Atlanta, GA 30348-5068


AT&T  Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


AWISCO New York Corp.
55-15 43rd Street
Maspeth, NY 11378-2023


Baldwin Machine Works
20-40 Grant Avenue
Copiague, NY 11726


Bank of America
c/o Daniel F. Flores, Esq.
150 East 42nd Street
New York, NY 10017-5639


Barton Mines Company
P.O. Box 62516
Baltimore, MD 21264-2516


Berson Archictectural Metal
176-25 Union Turnpike, #101
Fresh Meadows, NY 11366


Blue Book
P.O. Box 500
Jefferson Valley, NY 10535

Brandt, Steinberg & Lewis, LLP
386 Park Avenue South
New York, NY 10016


Broadway Database, Inc.
768 Bedford Avenue
Brooklyn, NY 11205


Bronx Westchester Tempering
160 S. MacQueston Parkway
Mount Vernon, NY 10550


C.J. Rush Industries
65 Riviera Drive
Markham Ontario L3R5J6


Canadian Brass & Copper
225 Doney Crescent
Concord Ontario, CA LAK 1P6


Carter, Milchman & Frank, Inc
28-10 37th Avenue
Long Island City, NY 11101


Carvart
180 Varick Street, Ste 1218
Long Island City, NY 11101


Central Time Clock, Inc.
5-23 50th Avenue
Long Island City, NY 11101


CHARTIS
22427 Network Place
Chicago, IL 60673-1224


Cintas Corporation
12 Harbor Park Drive
Port Washington, NY 11050


Cintas First Aid & Safety
P.O. Box 636525
Cincinnati, OH 45263-6525

Con Edison Company Of NY
4 Irving Pl., Room 1875-S
New York, NY 10003


Concrete Cutting Co., Inc.
48 Beech Street
Port Chester, NY 10573


Conference Associates
180 East Main Street, Ste 205
Patchogue, NY 11772


Corporate Loss
26-35 Pettit Avenue
Bellmore, NY 11710


Crest True Value Hardware
558 Metropolitan Avenue
Brooklyn, NY 11211


CRL
P.O. Box 58923
Los Angeles, CA 90058-0923


Curtainwall Design Consulting
8070 Park Lane, Ste 400
Dallas, TX 75231


DE LAGE LANDEN
PO BOX 41602
Philadelphia, PA 19101-1602


DEC Copiers
6A Route 9W
West Haverstraw, NY 10993


Dependable Glass & Mirror Corp
305 Third Avenue
Brooklyn, NY 11215


DGI Supply
A Doall Company
4436 Paysphere Circle
Chicago, IL 60674

Dorma Glass, Inc.
P.O. Box 64776
Baltimore, MD 21264-4776


Earthlink, Inc.
P.O. Box 790216
Saint Louis, MO 63179-0216


Eastern Steel Corp.
1946 Pitkin Avenue
Brooklyn, NY 11207


Efco Corp.
3547 Paysphere Circle
Chicago, IL 60674


ELMES, Inc.
19142 S. Van Ness Avenue
Torrance, CA 90501


Empire State Certified Dev. Co
50 Beaver Street
Albany, NY 12207


Enco Mfg.
Dept CH 14137
Palatine, IL 60055-4137


Federal Express Corp.
Fed Ex Custom Critical
P.O. Box 371627
Pittsburgh, PA 15251-7627


Feldman Lumber, Inc.
1281 Metropolitan Avenue
Brooklyn, NY 11237


Fire Foe Corp.
36-23 Review Avenue
Long Island City, NY 11101-2037


First Rehabilitation Ins Co
600 Northern Blvd
Great Neck, NY 11021

Flow International Corporation
PO Box 749647
Los Angeles, CA 90074-9647


Forms & Surfaces
30 Pine Street
Pittsburgh, PA 15223-1919


Frank Lowe Rubber & Gasket Co
44 Ramsey Road
Shirley, NY 11967


Garvin Brown Construction Prod
30-02 48th Avenue
Long Island City, NY 11101


Glass Distributorors Corp
101 Venture Way
Secaucus, NJ 07094


Hilti, Inc.
P.O. Box 382002
Pittsburgh, PA 15250-8002


Hub Truck Leasing & Rentals
94 Gazza Blvd
Farmingdale, NY 11735


Imperial Credit Corporation
1001 Winstead Drive
Cary, NC 27513


Industrial Coverage
62 South Ocean Avenue
Patchogue, NY 11772


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


International Welding Tech
2650 Egg Harbor Road
Lindenwold, NJ 08021

IPATI Pension Fund
7234 Parkway Drive
Hanover, MD 21076


IUPAT Combined Funds
1750 New York Avenue N.W.
Suite 501-United Unions Bldg
Washington, DC 20006-5301


IUPAT DC 711 Dispersal Fund
7234 Parkway Drive
Hanover, MD 21076


Jakob Rope Systems
995 NW 17th Avenue, Unit B
Delray Beach, FL 33445


Johnson Screens, Inc.
1950 Old Highway NW
Saint Paul, MN 55112


Julius Blum & Co.
P.O. Box 816
Carlstadt, NJ 07072-0816


Key Equipment Finance
P.O. Box 74713
Cleveland, OH 44194-0796


Liberty Metal & Marble
92 Broughton Avenue
Bloomfield, NJ 07003


Local 1281 Dues
45 West 14th
New York, NY 10011


Local 1281 IUPAT
45 West 14th Street
Newark, NJ 07101-1697


Local 1281 LMCF
45 West 14th Street
New York, NY 10011

Local 580 Joint Funds
501 W. 42nd Street, 2nd Fl
New York, NY 10036

Long Island Automatic Door
26 West Old Country Road
Hicksville, NY 11801-4002

Mackenzie Group Inc.
72 Reade Street
New York, NY 10007

MACTEL
14 Bond Street
Suite 318
Great Neck, NY 11021

Magic Exterminating
59-01 Kissena Blvd.
Flushing, NY 11355

Major Lock & Glass Co.
66-18 Fresh Pond Road
Ridgewood, NY 11385

McAfee
P.O. Box 60157
Los Angeles, CA 90060-0157

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

Metal Masters
2090 Fifth Avenue
Ronkonkoma, NY 11779

Miron Building Supply
74-02 Forest Avenue
Ridgewood, NY 11385

MSHQ Emergency Care Assoc.
P.O. Box 12064
Newark, NJ 07101-5064

National Benefit Life
P.O. Box 7247-8844
Philadelphia, PA 19170-8844


National Grid
P.O. Box 11741
Newark, NJ 07101-9839


National Grid
P.O. Box 11741
Newark, NJ 07101-4741


New Penn Motor Express Inc.
24801 Network Place
Chicago, IL 60673-1248


New York City District Council
of Carpenters Benefit Funds
395 Hudson Street
New York, NY 10014


New York District Council #9
163 W.125 Street
New York, NY 10027


New York Window Film Co.
131 Florida Street
Farmingdale, NY 11735


Nextel Communications
P.O. Box 4181
Carol Stream, IL 60197-4181


NYC Dept of Finance
345 Adams Street, 3rd Fl.
Attn:Legal Affairs/Devora Cohn
Brooklyn, NY 11201


NYC Dept of Finance
P.O. Box 32
New York, NY 10008-0032


NYC Dept of Finance
P.O. Box 5130
Kingston, NY 12402-5130

NYC Dept of Finance


NYC Dept of Finance
P.O. Box 5070
Kingston, NY 12402-5070


NYC DEPT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201


NYC Dept. of Finance
345 Adams Street, 3rd Fl.
Attn:Legal Affairs-Devora Cohn
Brooklyn, NY 11201


NYC Dept. of Finance
General Corporation Tax
P.O. Box 5070
Kingston, NY 12402-5070


NYC Fire Department
Church Street Station
P.O. Box 840
Albany, NY 12212


NYC Ind. Development Agency
P.O. Box 27799
New York, NY 10087-7799


NYC Water Board
P.O. Box 410
Church Street Station
New York, NY 10008-0410


NYH Med Center of Queens
900 Merchants Concourse,Ste204
Westbury, NY 11590


Nyrock M&T Corporation
P.O. Box 831
Nyack, NY 10960

NYS Department of Labor
Building 12, Room 256
State Campus
Albany, NY 12240


NYS Dept of Tax & Finance
Bankruptcy/Special Procedures
P.O. Box 5300
Albany, NY 12205


NYS Dept of Tax & Finance
P.O. Box 15166
Albany, NY 12212


NYS Unemployment Insurance
Building 12, Room 256
State Campus
Albany, NY 12240


NYS Unemployment Insurance Fun
P.O. Box 551
Albany, NY 12201


Office of the US Trustee
EDNY-Brooklyn Division
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201


Oldcastle Building Envelope
1500 Glen Avenue
Moorestown, NJ 08057


Oldcastle Building Envelope-NY
PO Box 415045
Boston, MA 02241-5045


Oppenheimer Funds
Oppenheimer Funds Svc
P.O. Box 5390
Denver, CO 80217-5390


Oxford Health Plans
P.O. Box 1697
Newark, NJ 07101-1697

```
P.I.I.A.F.
45 West 14th Street
New York, NY 10011


Panalpina, Inc.
P.O. Box 7247-6404
Philadelphia, PA 19170-6404


Pats Service Station
58-09 Rust Street
Maspeth, NY 11378


PIFF Welfare
45 West 14th Street
New York, NY 10111


PIIF Annuity
45 West 14th Street
New York, NY 10111


Pitney Bowes Global Financial
P.O. Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


Poland Spring
P.O. Box 856192
Louisville, KY 40285-6192


Poland Spring
P.O. Box 52271
Processing Center
Phoenix, AZ 85072-2271


R & B Wagner
P.O. Box 423
Butler, WI 53007


Ramo, Nashak, Brown, Garibaldi
75-19 Myrtle Avenue
Glendale, NY 11385
```

Reliance Foundry Co. Ltd.
Unit #207-6450 148th Street
V3S-7G7
Surrey, BC, Canada


Sadev USA
3752 Sac Drive Bld. E
P.O. Box 634
Keokuk, IA 52632-2041


Security Exchange Comm
The Woolworth Building
233 Broadway- John Murray
New York, NY 10279


Signature Metal & Marble, Inc.
791 East 132 Street
Bronx, NY 10454


Silver Office Supply
24 Lynch Street
Suite 6R
Brooklyn, NY 11206


Stanley Supply & Tool
P.O. Box 308
Plainview, NY 11803


State of Connecticut
Dept of Revenue Services
25 Sigourney Street
Hartford, CT 06106


State of Connecticut
Secretary of State
30 Trinity St P.O. Box 150470
Hartford, CT 06115


State of New Jersey
Division of Employer Accounts
P.O. Box 059
Trenton, NJ 08625-0059

State of NJ, Division of Tax
Revenue Processing Ctr
P.O. Box 193
Trenton, NJ 08646-0193


Supplies Unlimited LLC
75 Beechwood Avenue
New Rochelle, NY 10801


The Bank of NY Mellon Corp.
Attn: Henry Ortiz
101 Barclay St., 7th Fl West
New York, NY 10286


The Osvold Group
1940 Greeley Street
Suite 208
Stillwater, MN 55082


Tierney & Courtney
58-42 Maspeth Avenue
Maspeth, NY 11378


Tiffany Carting Corp.
465 Johnson Avenue
Brooklyn, NY 11237


Time Warner Cable of NYC
P.O. Box 9227
Uniondale, NY 11555-9227


Tony Ambrosino
3 Sophia Drive
Hazlet, NJ 07730


Tower Group Companies
P.O. Box 5265
Binghamton, NY 13902


Toyota Financial Services
Commercial Finance
Dept 2431
Carol Stream, IL 60132-2431

Travers Tool Co., Inc.
P.O. Box 36114
Newark, NJ 07188-6114


Triangle Electric, Inc.
102-21 Jamaica Avenue
Richmond Hill, NY 11418


U.S. Lock
P.O. Box 404290
Atlanta, GA 30384


U.S. Marketing
40-14 24th Street
Long Island City, NY 11101


Uline
Attn: Accts Receivable
2200 S. Lakeside Drive
Waukegan, IL 60085


United Rentals Inc.
P.O. Box 100711
Atlanta, GA 30384-0711


United Sales USA Corp.
250 44th Street
Brooklyn, NY 11232


United States Attorney
One St. Andrew's Plaza
Claims Unit-Room 417
New York, NY 10007


United Supply Corp.
250 44th Street
Brooklyn, NY 11232


US Bancorp Equipment Finance
1310 Madrid Street
Suite 103
Marshall, MN 56258

```
Verizon
P.O. Box 15124
Albany, NY 12212-5124


Verizon
P.O. Box 1100
Albany, NY 12250


Verizon Online
P.O. Box 12045
Trenton, NJ 08650-2045


Verizon Wireless
P.O. Box 489
Newark, NJ 07101-0489


Walker
9551 Boul. Ray Lawson
H1J1L5
Ville D'Anjou, QC


WCB-Elite Contractors Trust
14 Lafayette Square
Rand Building Suite 700
Buffalo, NY 14203


Wilson Partitions
60 Bonner Street
Stamford, CT 06902


Wilton Reassurance Life Co.
P.O. Box 105383
Atlanta, GA 30348-5383


Wipe-Tex International
110 East 153rd Street
Bronx, NY 10451


Yarde Metals
Lock Box 1227
P.O. Box 8500
Philadelphia, PA 19178-1227
```

YRC Logistics
5200 W. 110 Street
Overland Park, KS 66211


Zone Fabricators
616 Atkins Avenue
Brooklyn, NY 11207

# United States Bankruptcy Court
## Eastern District of New York

In re    Precision Glass & Metal Works Co., Inc.          Case No. _____

                                Debtor(s)        Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Precision Glass & Metal Works Co., Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| July 28, 2011 | /s/ Robert L. Rattet |
|---|---|
| Date | Robert L. Rattet |
| | Signature of Attorney or Litigant |
| | Counsel for   Precision Glass & Metal Works Co., Inc. |
| | Rattet Pasternak, LLP |
| | 550 Mamaroneck Avenue |
| | Suite 510 |
| | Harrison, NY 10528 |
| | (914) 381-7400 Fax:(914) 381-7406 |

In re    Precision Glass & Metal Works Co., Inc.                                              Case No. _____

                                                                    Debtor(s)        Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Raymond Gregorczyk, declare under penalty of perjury that I am the President of  Precision Glass & Metal Works Co., Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 28th day of July, 2011.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Raymond Gregorczyk, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Raymond Gregorczyk, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Raymond Gregorczyk, President of this Corporation is authorized and directed to employ Robert L. Rattet, attorney and the law firm of Rattet Pasternak, LLP to represent the corporation in such bankruptcy case."

Date    July 28, 2011                                     Signed    */s/ Raymond Gregorczyk*
                                                                              Raymond Gregorczyk

Resolution of Board of Directors
of
Precision Glass & Metal Works Co., Inc.


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Raymond Gregorczyk, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Raymond Gregorczyk, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Raymond Gregorczyk, President of this Corporation is authorized and directed to employ Robert L. Rattet, attorney and the law firm of Rattet Pasternak, LLP to represent the corporation in such bankruptcy case.

Date  July 28, 2011                            Signed   _/s/ Raymond Gregorczyk_
                                                        Raymond Gregorczyk